FILED

APR 21 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-30055-SPM |
| | ) | |
| BRIAN GOTSCHALL, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 875(c) |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### INTERSTATE THREAT TO KILL
Call One

On or about the 10th day of February 2021, in Madison County, within the Southern District of Illinois,

**BRIAN GOTSCHALL**

Defendant herein, knowingly and willfully did transmit in interstate and foreign commerce from Alton, State of Illinois, to the State of California, a communication by telephone to employees of Electronic Arts, and the communication contained a threat to injure identifiable victims of the company, specifically a threat to kill everyone, all in violation of Section 875(c) of Title 18 of the United States Code.

### COUNT 2
### INTERSTATE THREAT TO KILL
Call Two

On or about the 10th day of February 2021, in Madison County, within the Southern District of Illinois,

**BRIAN GOTSCHALL**

Defendant herein, knowingly and willfully did transmit in interstate and foreign commerce from Alton, State of Illinois, to the State of California, a communication by telephone to employees of Electronic Arts, and the communication contained a threat to injure identifiable victims of the company, specifically a threat to go to the homes of the employees and cut their kids open while they watched, followed by a statement that he was going to kill all of them, all in violation of Section 875(c) of Title 18 of the United States Code.

RANLEY R. KILLIAN
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.04.19 17:30:28 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention