IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30055-SPM |
| | ) | |
| BRIAN GOTSCHALL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. On February 10th, 2021, GOTSCHALL placed two threatening telephone calls from his residence in Madison County, Illinois, to a company located in the state of California doing business as Electronic Arts. Both calls involved the leaving of a message on a company voice mail.

2. During both calls GOTSCHALL threatened to kill identifiable employees of Electronic Arts as alleged in Counts 1 and 2 of the indictment. These calls were graphic in nature and involved threats of violence and killing everyone (employees). GOTSCHALL also stated that he would travel to individuals' homes and kill them and their children.

3. GOTSCHALL'S threats stated that he was able to identify and find the people that he was threatening because their names were listed in credits of an Electronic Arts game.

4. Both telephone calls made by GOTSCHALL from Madison County, Illinois, to the State of California, involved the use of interstate commerce as alleged in Counts 1 and 2.

5. GOTSHCALL agrees and stipulates that he committed the offenses as alleged in both counts.

**So Stipulated.**

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

_____
BRIAN GOTSCHALL
Defendant

_____
RANLEY R. KILLIAN
Assistant United States Attorney

_____
G. ETHAN SKAGGS
Attorney for Defendant

Date: 4/25/2022

Date: 4/25/22